## Commonwealth *v.* Pinno, Appellant.

Before WESSEL, JR., J.

Submitted November 17, 1975. *John R. Cook,* Trial Defender, *John J. Dean,* Chief, Appellate Division, and *Ralph J. Cappy,* Public Defender, for appellant; *Robert L. Eberhardt* and

*Robert L. Campbell,* Assistant District Attorneys, *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.